In the Matter of the Petition of JULIA CARVILLE PRUYN that the Supreme Court of the State of New York Inquire into the Circumstances Surrounding the Upbringing of EDITH PATRICIA PRUYN, an Infant under the Age of Fourteen Years and Award Her Custody and Control in Such Manner as May Be for Her Best Interests.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J:, Davis, Whitmyer, Hill and Hasbrouck, JJ.

JULIA CROKER and Others, as Executrices, etc., of JOHN CROKER, Deceased, Respondents, v. C. W. TILLINGHAST, JR., Doing Business under the Assumed Business Name of TROY OIL BURNER COMPANY, Appellant.— Motion granted by default, without costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ROBERT J. LANDON, Appellant, v. CHARLOTTE LIPKIND and Another, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of LYMAN H. BEVANS, an Attorney.— Motion denied; the part of the motion asking that the proceedings be dismissed, on the ground that this is a question for the referee; the part of the motion that Urbane C. Lyons be removed, on the ground that there is no evidence supporting any case for removal. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM T. HUGGANS and Others, Appellants.— Motion granted, with ten dollars costs, unless the appellants perfect their appeal and serve printed record on respondent's attorney and pay said costs on or before August 10, 1928, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE H. BOUTON, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects his appeal and serves printed record on respondent's attorney and pays said costs on or before August 10, 1928, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

FANNIE WEINBERG, Appellant, v. MABEL F. QUINN, Respondent.— Motion granted, with ten dollars costs, unless the appellant perfects her appeal and serves printed record on respondent's attorney and pays said costs by July 1, 1928, in which event motion is denied. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

JESSIE A. TAYLOR, Respondent, v. FRED J. ROOSA, Appellant.— Motion to excuse the appellant's default in perfecting his appeal and to be permitted to argue the appeal is denied, on the ground that by delay in perfecting the appeal, and in noticing the case for trial, the defendant may be deemed to have abandoned his appeal. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

NEW ANDES CREAMERY, INC., Respondent, v. HARRIS ALTMAN CO., INC., Appellant.— Motion granted, with ten dollars costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PETER B. VASIL, as Administrator, etc., of ELSIE VASIL, Deceased, Plaintiff, v. MUNROE F. FISHER, Defendant.— Motion granted by default, without costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.